UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY J. ANDERSEN,

Plaintiff,

v.                                                                Case No. 3:24-cv-172-TJC-PDB

UNITED STATES OF AMERICA,
AMERICA o.b.o. U.S. SMALL BUSINESS
ASSOCIATION and its Administrator,
KELLY LOEFFLER, (and its BUREAU OF
THE FISCAL SERVICE) and its
SECRETARY SCOTT BESSENT,

_____ Defendants. _____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Anthony Andersen, and Defendants, pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), hereby stipulate that with this action having been fully compromised

and settled, that this action be dismissed against all Defendants with prejudice and

without an award of interest, costs, or attorney fees.

PRO SE PLAINTIFF

Anthony J. Andersen
11390 Square Street, Unit 4201
Jacksonville, Florida 32256

Dated: March 13, 2026

FOR DEFENDANTS

GREGORY W. KEHOE
United States Attorney

/s/ Ronnie S. Carter
RONNIE S. CARTER
Assistant United States Attorney
Florida Bar No. 0948667
300 North Hogan Street, Suite 700
Jacksonville, FL 32202-4270
Telephone No. (904) 301-6324/6300
Email: Ronnie.Carter@usdoj.gov
Attorneys for Defendants
Dated: March 13, 2026